| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UFCW - NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE UFCW- NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA SPRAY DRY COMPANY, LLC, and DOES 1 through 10, <br><br> Defendants. | Case No. 4:17-cv-03463-HSG <br><br> **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE** <br><br> Date : September 12, 2017 <br> Time : 2:00 p.m. <br> Crtrm. : 2 <br> Judge : Haywood S. Gilliam, Jr. |

1

ORDER

40641228v.1

Having reviewed the request of Plaintiffs' counsel to appear telephonically at the Scheduling Conference scheduled for September 12, 2017 at 2:00 p.m., and good cause appearing, IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: August 31, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge