| | |
|---|---|
| Eric L. Wesenberg, Bar No. 139696<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley, Bar No. 166608<br>CKelley@perkinscoie.com<br>Victoria Q. Smith, Bar No. 236045<br>VSmith@perkinscoie.com<br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kenneth J. Halpern, Bar No. 187663<br>ken.halpern@strismaher.com<br>STRIS & MAHER LLP<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br><br>*Attorneys for Plaintiff*<br>*Slot Speaker Technologies, Inc.* | Mark D. Selwyn, Bar No. 244180<br>Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Nina S. Tallon (*pro hac vice*)<br>Nina.Tallon@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLOT SPEAKER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:13-cv-01161-HSG (DMR)<br><br>**STIPULATION AND ORDER REQUESTING MODIFICATION TO SCHEDULING ORDER** |

| | |
|---|---|
| 1 | Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED, by and between Plaintiff Slot |
| 2 | Speaker Technologies, Inc. ("SST") and Defendant Apple Inc. ("Apple") (collectively, the |
| 3 | "Parties"), by and through their counsel of record, as follows: |
| 4 | WHEREAS, the Parties request a modification to the Scheduling Order (Dkt. 219) to |
| 5 | allow a one-week extension of time to complete expert discovery; |
| 6 | WHEREAS, the Parties' requested modifications to the Scheduling Order do not affect |
| 7 | any dates specified in the Scheduling Order subsequent to the close of expert discovery; |
| 8 | WHEREAS, the Parties have previously requested no other modifications to the |
| 9 | Scheduling Order, except for their May 10, 2017 request regarding an extension of time to |
| 10 | conduct certain depositions, which the Court granted (Dkt. 319), and their June 21, 2017 request |
| 11 | regarding an extension of time to serve expert reports, which the Court granted (Dkt. 345); and |
| 12 | WHEREAS, the Parties respectfully submit that there is good cause to modify the existing |
| 13 | case schedule regarding the time to complete expert discovery, in view of the number of expert |
| 14 | reports served and the range of issues addressed in those reports. |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that |
| 16 | subject to the Court's approval, the Scheduling Order is modified as shown below. |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Discovery Deadline | September 8, 2017 | September 15, 2017 |

| Event | Deadline (unchanged) | |
|---|---|---|
| Deadline to File Dispositive Motions | October 1, 2017 | |
| Dispositive Motion Hearing Date | November 9, 2017 at 2:00 pm | |
| Exchange of Evidence | February 5, 2018 | |
| Deadline to File Motions in Limine | February 12, 2018 | |
| Oppositions to Motions in Limine | February 19, 2018 | |
| Joint Pretrial Statement and Proposed Order | February 19, 2018 | |
| Proposed Jury Instructions | February 19, 2018 | |

Case No.: 4:13-cv-01161-HSG (DMR) -1- STIPULATION AND ORDER

| Event | Deadline (unchanged) |
|---|---|
| Proposed Voir Dire Instructions | February 19, 2018 |
| Proposed Verdict Forms | February 19, 2018 |
| Proposed Statement of the Case | February 19, 2018 |
| Trial Briefs (Optional) | February 19, 2018 |
| Pretrial Conference | March 6, 2018 at 3:00 p.m. |
| Jury Trial | March 19, 2018 at 8:30 am, 10 days |

The Parties also respectfully request that the Court issue an order granting the relief requested.

DATED: August 31, 2017   By:   */s/ Victoria Smith*
Victoria Q. Smith, Bar No. 236045
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

*Attorney for Plaintiff*
*Slot Speaker Technologies, Inc.*

DATED: August 31, 2017   By:   */s/ Nina S. Tallon*
Nina S. Tallon (*pro hac vice*)
  Nina.Tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorney for Defendant Apple Inc.*

\* \* \*

1 **PURSUANT TO STIPULATION,** the Scheduling Order (Dkt. 219) is modified as shown
2 above.  **IT IS SO ORDERED.**

Dated: August 31, 2017

                                    Hon. Haywood S. Gilliam, Jr.
                                    United States District Judge