# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UFCW – NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND AND THE BOARD OF TRUSTEES FO THE UFCW-NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA SPRAY DRY COMPANY, LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 4:17-cv-03463-HSG<br><br>ORDER GRANTING DEFENDANT CALIFORNIA SPRAY DRY COMPANY, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Date: September 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Action Filed: June 14, 2017 |

Having reviewed the request of Robert L. Meylan, Esq., counsel for Defendant CALIFORNIA SPRAY DRY COMPANY, LLC, to appear telephonically at the Scheduling Conference scheduled for September 12, 2017, at 2:00 p.m., and good cause appearing therefor, IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: August 31, 2017

Haywood S. Gilliam, Jr.
United States District Court Judge