UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UFCW - NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE UFCW-NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPRAY DRY COMPANY, LLC, and DOES 1 through 10,<br><br>Defendants. | Case No. 4:17-cv-03463-HSG<br><br>**ORDER ON STIPULATION REGARDING AMENDMENT TO COMPLAINT** |

1

41053927v.1

Having reviewed the parties' Stipulation Regarding Amendment to Complaint, and good cause appearing, the Court makes the following order:

Plaintiffs are granted leave to file their First Amended Complaint, adding California Spray Dry Company, Modesto Tallow Company, Modesto Holding Company and William A. Shirley as defendants. Plaintiffs are directed to e-file their First Amended Complaint on the docket forthwith.

Dated: September 20, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge