# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UFCW - NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE UFCW-NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPRAY DRY COMPANY, CALIFORNIA SPRAY DRY COMPANY, LLC, MODESTO TALLOW COMPANY, MODESTO HOLDING COMPANY, WILLIAM A. SHIRLEY and DOES 1 through 10,<br><br>Defendants. | Case No. 4:17-cv-03463-HSG<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

| | |
|---|---|
| 1 | Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on July |
| 2 | 9, 2018, and for good cause shown, the case is DISMISSED in its entirety WITH |
| 3 | PREJUDICE, excepting that the Court shall retain jurisdiction to enforce the terms of the |
| 4 | Settlement Agreement entered into by the Parties in this matter (*Kokkonen v. Guardian* |
| 5 | *Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994)). |
| 6 | Any effort to enforce the terms of the Settlement Agreement shall be brought |
| 7 | before Judge Kandis A. Westmore; in the event that Judge Westmore is for any reason |
| 8 | unavailable, enforcement of the Settlement Agreement may be sought before any other |
| 9 | Magistrate Judge of this Court. |

Dated: July 10, 2018

_/s/ Haywood S. Gilliam, Jr._
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge